# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Christopher Weber**
        Appellant
  vs.                              **CASE NUMBER: 1:11-CV-138 (GTS)**

**SEFCU**
        Appellee

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Appellant Christopher Weber's Bankruptcy Appeal is GRANTED, the Bankruptcy Court's decision is REVERSED and the action is REMANDED to the Bankruptcy Court for determination of sanctions if any, against SEFCU.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 23rd day of March, 2012.

DATED: March 23, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk